```
MYLES M. MATTENSON, ESQ. (SBN 41476)
5550 Topanga Canyon Boulevard
Suite 200
Woodland Hills, CA  91367
Telephone No.:  (818) 313-9060
Fax No.:        (818) 313-9260

Attorney for Defendant
WW Altadena, LLC
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL DORSEY,<br><br>      Plaintiff,<br><br>vs.<br><br>MASHHOUR BROS., INC. D/B/A TOWN AND COUNTRY LIQUORS; WW ALTADENA, LLC; and DOES 1 through 10, inclusive,<br><br>      Defendants. | CASE NO.: 2:21-cv-00018-PSG-SK<br><br>**ANSWER TO COMPLAINT BY WW ALTADENA, LLC** |

Defendant WW ALTADENA, LLC, hereby answers the complaint of plaintiff GABRIEL DORSEY as follows:

**PARTIES**

1.  Defendant has no information or belief on the subject sufficient to enable defendant to answer the allegations contained in paragraph 1, and on that ground, denies each and every such allegation.

2.  Defendant denies each and every allegation contained in paragraph 2, except that defendant admits that such real property is owned by I.D. Weiner and Gayle A. Weiner, as Trustees of the I.D. Weiner and Gayle A. Weiner Revocable 1996 Trust.

3.  Defendant has no information or belief on the subject sufficient to enable defendant to answer the allegations contained in

paragraphs 3, 4, and 5 and on that ground, denies each and every such allegation.

## JURISDICTION AND VENUE

4. Defendant has no information or belief on the subject sufficient to enable defendant to answer the allegations contained in paragraphs 6, 7, 8, and 9, and on that ground, denies each and every such allegation.

## FACTUAL ALLEGATIONS

5. Defendant has no information or belief on the subject sufficient to enable defendant to answer the allegations contained in paragraph 10, and on that ground, denies each and every such allegation.

6. Defendant admits each and every allegation contained in paragraph 11.

7. Defendant has no information or belief on this subject sufficient to enable defendant to answer the allegations contained in paragraphs 12 through 17, and on that ground, denies each and every such allegation.

## ANSWER TO ALLEGED FIRST CAUSE OF ACTION

8. In response to the allegations of paragraph 18 of the Complaint, defendant realleges and incorporates herein by reference each and every admission, denial and allegation contained in paragraphs 1 through 7 of defendant's answers to plaintiff's allegations pertaining to Parties, Jurisdiction & Venue, and Factual Allegations contained in paragraphs 1 through 17 of the complaint.

9. Defendant has no information or belief on the subject sufficient to enable defendant to answer the allegations contained in paragraphs 19 through 35, and on that ground, denies each and every such allegation.

## ANSWER TO ALLEGED SECOND CAUSE OF ACTION

10.  In response to the allegations of paragraph 36 of the Complaint, defendant realleges and incorporate herein by reference each and every admission, denial and allegation contained in paragraphs 1 through 7 of defendant's answers to plaintiff's allegations pertaining to Parties, Jurisdiction & Venue, and Factual Allegations contained in paragraphs 1 through 17 of the complaint, and paragraph 9 of defendant's answer to plaintiff's alleged first cause of action.

11.  Defendant has no information or belief on the subject sufficient to enable defendant to answer the allegations contained in paragraphs 37 through 41, inclusive, and on that ground, denies each and every such allegation.

## ANSWER TO ALLEGED THIRD CAUSE OF ACTION

12.  In response to the allegations of paragraph 42 of the Complaint, defendant realleges and incorporate herein by reference each and every admission, denial and allegation contained in paragraphs 1 through 7 of defendant's answers to plaintiff's allegations pertaining to Parties, Jurisdiction & Venue, and Factual Allegations contained in paragraphs 1 through 17 of the complaint, paragraph 9 of defendant's answer to plaintiff's alleged first cause of action, and paragraph 11 of defendant's answer to plaintiff's alleged second cause of action.

13.  Defendant has no information or belief on the subject sufficient to enable defendant to answer the allegations contained in paragraphs 43 through 47, inclusive, and on that ground, denies each and every such allegation.

## ANSWER TO ALLEGED FOURTH CAUSE OF ACTION

14.  In response to the allegations of paragraph 48 of the Complaint, defendant realleges and incorporate herein by reference each

and every admission, denial and allegation contained in paragraphs 1 through 7 of defendant's answers to plaintiff's allegations pertaining to Parties, Jurisdiction & Venue, and Factual Allegations contained in paragraphs 1 through 7 of the complaint, paragraph 9 of defendant's answer to plaintiff's alleged first cause of action, paragraph 11 of defendant's answer to plaintiff's alleged second cause of action, and paragraph 13 of defendant's answer to plaintiff's alleged third cause of action.

15. Defendant has no information or belief on the subject sufficient to enable defendant to answer the allegations contained in paragraphs 49 through 51, inclusive, and on that ground, denies each and every such allegation.

### ANSWER TO ALLEGED FIFTH CAUSE OF ACTION

16. In response to the allegations of paragraph 52 of the Complaint, defendant realleges and incorporate herein by reference each and every admission, denial and allegation contained defendant's answers to plaintiff's allegations pertaining to Parties, Jurisdiction & Venue, and Factual Allegations contained in paragraphs 1 through 17 of the complaint, paragraph 9 of defendant's answer to plaintiff's alleged first cause of action, paragraph 11 of defendant's answer to plaintiff's alleged second cause of action, paragraph 13 of defendant's answer to plaintiff's alleged third cause of action, and paragraph 15 of defendant's answer to plaintiff's alleged fourth cause of action.

17. Defendant has no information or belief on the subject sufficient to enable defendant to answer the allegations contained in paragraphs 53 through 55, inclusive, and on that ground, denies each and every such allegation.

///

## AFFIRMATIVE DEFENSES

18. Defendant alleges that the first cause of action of the complaint fails to state facts sufficient to constitute a cause of action against defendant WW Altadena, LLC.

19. Defendant alleges that the second cause of action of the complaint fails to state facts sufficient to constitute a cause of action against defendant WW Altadena, LLC.

20. Defendant alleges that the third cause of action of the complaint fails to state facts sufficient to constitute a cause of action against defendant WW Altadena, LLC.

21. Defendant alleges that the fourth cause of action of the complaint fails to state facts sufficient to constitute a cause of action against defendant WW Altadena, LLC.

22. Defendant alleges that the fifth cause of action of the complaint fails to state facts sufficient to constitute a cause of action against defendant WW Altadena, LLC.

23. The second cause of action pertaining to California Unruh Civil Rights Act has been dismissed without prejudice by the Honorable Cormac J. Carney, on December 29, 2020.

24. The third cause of action pertaining to California Disabled Persons Act has been dismissed without prejudice by the Honorable Cormac J. Carney, on December 29, 2020.

25. The fourth cause of action pertaining to California Health and Safety Code has been dismissed without prejudice by the Honorable Cormac J. Carney, on December 29, 2020.

26. The fifth cause of action pertaining to negligence has been dismissed without prejudice by the Honorable Cormac J. Carney, on December 29, 2020.

27. The modifications, alterations and repairs proposed by plaintiff has required by the Americans with Disability Acts of 1990, are not readily achievable.

28. Plaintiff has waived any claims he may have against the Defendant arising from the occurrence as set forth in the complaint.

29. Plaintiff is estopped by his own conduct from asserting any and all claims he may have against the Defendant arising from the occurrence as set forth in the complaint.

30. Plaintiff has acted with "unclean hands" and such actions are directly related to claims for relief which bars Plaintiff from seeking relief.

31. Plaintiff is not entitled to statutory punitive damages because at all times relevant to this action, defendant acted in good faith and in effort to comply with all state and federal laws and regulations.

THEREFORE, defendant prays for judgment as follows:

1. The plaintiff take nothing under the complaint;

2. Defendant be awarded costs of suit; and

3. Defendant be awarded such other and further relief as the court considers just and proper.

Dated: January 27, 2021

MYLES M. MATTENSON
Attorney for Defendant
WW Altadena, LLC

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA )
)
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is **5550 Topanga Canyon Boulevard, Suite 200, Woodland Hills, CA 91367**.

On **JANUARY 27, 2020**, I served the foregoing document described **ANSWER TO COMPLAINT BY WW ALTADENA, LLC** the interested parties in this action

 _X_  by placing ___ the original _X_ a true copy thereof in sealed envelopes addressed as follows:

So. Cal Equal Access Group
Jason J. Kim, Esq.
Jason Yoon, Esq.
101 S. Western Ave, 2nd Floor
Los Angeles, CA 90004

_X_  **By Mail** I deposited such envelope in the mail at **Woodland Hills**, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **JANUARY 27, 2020**, in Woodland Hills, California.

___ STATE  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_X_ FEDERAL  I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

_____
MYLES M. MATTENSON