1  **SO. CAL. EQUAL ACCESS GROUP**
   Jason J. Kim (SBN 190246)
2  Jason Yoon (SBN 306137)
   101 S. Western Ave., Second Floor
3  Los Angeles, CA 90004
   Telephone: (213) 252-8008
4  Facsimile: (213) 252-8009
   scalequalaccess@yahoo.com
5
   Attorneys for Plaintiff
6  GABRIEL DORSEY

7

8             **UNITED STATES DISTRICT COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10

11 GABRIEL DORSEY,
                                        **Case No.: 2:21-cv-00018 PSG (SKx)**
12          Plaintiff,

13     vs.                              **JOINT STIPULATION FOR**
                                        **DISMISSAL OF THE ENTIRE**
14                                      **ACTION WITH PREJUDICE**

15 MASHHOUR BROS., INC. D/B/A
   TOWN & COUNTRY LIQUORS; WW
16 ALTADENA, LLC; and DOES 1 to 10,

17          Defendants.
18

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff GABRIEL DORSEY ("Plaintiff") and Defendant WW ALTADENA, LLC (collectively, the "Parties") stipulate and jointly request that this Court enter a dismissal with prejudice as to the entire above-entitled action including all named defendants under the Complaint, in its entirety.  The parties shall each bear their own costs and attorneys' fees.

Respectfully submitted,

DATED:  March 18, 2021         SO. CAL. EQUAL ACCESS GROUP

By: /s/        Jason J. Kim
    Jason J. Kim
    Attorneys for Plaintiff

Dated: March 19, 2021          **Myles M Mattenson Law Offices**

By: _____/s/ Myles M Mattenson_____
    Myles M Mattenson
    Attorney for Defendant

Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  March 19, 2021                    By: /s/ Jason J. Kim
                                              Jason J. Kim